PIERAZZI, DEMANDANTE Y APELADO, *v.* MOLINI ET AL., DEMANDADOS, Y APELANTE EL PRIMERO.

APELACIÓN procedente de la Corte de Distrito de Ponce en pleito sobre tercería de mejor derecho.

No. 1737.—Resuelto en abril 11, 1918.

CRÉDITOS SIN PREFERENCIA—FACULTADES DE LOS TRIBUNALES.—Como el demandado en este caso no tiene concedido por la ley derecho preferente y como los tribunales de justicia no tienen facultades para extender la ley a casos no comprendidos en ella, no puede reconocerse la preferencia que pretende, pues, además, el artículo 1826 del Código Civil dispone que no gozarán de preferencia los créditos que no estén comprendidos en sus disposiciones.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Francisco Parra.*

Abogado del apelado: *Sr. José Tous Soto.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

El apelante Molini reconoce en su alegato ante nosotros que los créditos que cobra a su deudor Fernando Troublard no tienen preferencia específicamente declarada en el Código Civil sobre los créditos del apelado Pierazzi para hacerlos efectivos en una acreencia que el deudor de ambos tiene contra el Municipio de Yauco por ciertas obras que para él ejecutó, pero alega que toda vez que el dinero que reclama fué empleado en esas obras y que el crédito de Troublard por ellas es el fruto de su dinero, por analogía con lo que la ley determina para los créditos por refacción, alquileres, precio de la venta, etc., debemos declarar que tiene preferente derecho sobre Pierazzi para hacer efectiva su reclamación en ese crédito de Troublard.

Aparte de que los tribunales de justicia no tienen facultades para extender la ley a casos no comprendidos en ella, el artículo 1826 del Código Civil declara que no gozarán de preferencias los créditos no comprendidos en sus disposiciones.

Resuelta la única cuestión propuesta por el apelante como fundamento para que revocásemos la sentencia apelada, debemos confirmarla.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.